THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In re:

Vanderbilt Minerals, LLC,                              Case No. 26-cv-0986 (BKS)

Debtor.[1]

## CERTIFICATE OF SERVICE

I, Andrea Velez, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On May 20, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Reply in Support of Stay Pending Appeal District Court** [Docket No. 18]

- **Declaration of Susan Sieger-Grimm in Support of Reply in Support of Motion for Stay Pending Appeal** [Docket No. 19]

Furthermore, on May 21, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit C**:

- **Reply in Support of Stay Pending Appeal District Court** [Docket No. 18]

*[Remainder of page intentionally left blank]*

---

[1]     The Debtor is Vanderbilt Minerals, LLC (EIN 13-1432885).  The Debtor's noticing address in this chapter 11 case is 33 Winfield Street, Norwalk, Connecticut 06855.

- **Declaration of Susan Sieger-Grimm in Support of Reply in Support of Motion for Stay Pending Appeal** [Docket No. 19]

Furthermore, all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: May 21, 2026

/s/ Andrea Velez
Andrea Velez
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Governmental Agency | Arizona Office of the Secretary of State | Attn: Corporate Bankruptcy Dept. | sosadmin@azsos.gov |
| Counsel to the Proposed DIP Lenders and Proposed DIP Agent; Counsel to Commodore Materials Funding, LLC and Commodore Materials, LLC | Barclay Damon LLP | Jeffrey A. Dove | jdove@barclaydamon.com |
| Top Talc Counsel / Committee Member | Belluck Law, LLP | Seth Dymond, Joseph W. Belluck | jbelluck@bellucklaw.com |
| Committee Member | Bevan & Associates L.P.A., Inc. | | tbevan@bevanlaw.com; amehta@bevanlaw.com |
| Counsel for the Debtor and Debtor in Possession | Bond, Schoeneck & King, PLLC | Charles J. Sullivan, Stephen A. Donato, Grayson T. Walter | csullivan@bsk.com; sdonato@bsk.com; gwalter@bsk.com |
| Counsel to Official Committee of Unsecured Creditors | Brown Rudnick LLP | David J. Molton, Jeffrey L. Jonas, Eric R. Goodman, D. Cameron Moxley, Gerard T. Cicero, Susan Sieger-Grimm | dmolton@brownrudnick.com; jjonas@brownrudnick.com; egoodman@brownrudnick.com; dmoxley@brownrudnick.com; gcicero@brownrudnick.com; ssieger-grimm@brownrudnick.com |
| Counsel to Official Committee of Unsecured Creditors | Caplin & Drysdale Chartered | Kevin C. Maclay, Todd E. Phillips, Kevin M. Davis | kdavis@capdale.com; tphillips@capdale.com; kmaclay@capdale.com |
| Counsel to Zurich North America and Fidelity & Deposit Company of Maryland | Chiesa Shahinian & Giantomasi PC | Attn Brian Kantar | bkantar@csglaw.com |
| Counsel to Zurich North America and Fidelity & Deposit Company of Maryland | Chiesa Shahinian & Giantomasi PC | Attn Scott W. Lichtenstein, Scott A. Zuber, Jonathan Bondy | slichtenstein@csglaw.com; szuber@csglaw.com; jbondy@csglaw.com |
| Special Counsel to Official Committee of Unsecured Creditors | Cohen Ziffer Frenchman & Mckenna LLP | Robin L. Cohen, Kenneth H. Frenchman, Nicholas R. Maxwell | rcohen@cohenziffer.com; kfrenchman@cohenziffer.com; nmaxwell@cohenziffer.com |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Affiliated USW Local Unions | Cohen, Weiss and Simon LLP | Melissa S. Woods | mwoods@cwsny.com |
| Attorney General CT | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Top Talc Counsel | Cooney & Conway | David Barrett | dbarrett@cooneyconway.com |
| Top Talc Counsel | Dalton & Associates, P.A. | Bartholomew J. Dalton, Ipek Kurul, Andrew C. Dalton, Michael C. Dalton | ikurul@bdaltonlaw.com |
| Top Talc Counsel / Committee Member | Early, Lucarelli, Sweeney & Meisenkothen | Ethan Early, Kyle Navin, Jessica Liberati | bkenney@elslaw.com; eearly@elslaw.com |
| Top Talc Counsel / Committee Member | Early, Lucarelli, Sweeney & Meisenkothen | Ethan Early, Kyle Navin, Jessica Liberati | bkenney@elslaw.com |
| Top Talc Counsel | Flint Cooper LLC | Shane E. Schmidt, Jonathan F. Armour, Ethan A. Flint | service@flintcooper.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to the Independent Manager | Katten Muchin Rosenman LLP | Attn Cindi Giglio, Marc Roitman, Summer McKee | cgiglio@katten.com; marc.roitman@katten.com; summer.mckee@katten.com |
| Counsel to the Independent Manager | Katten Muchin Rosenman LLP | Daniel Barnowski | dan.barnowski@katten.com |
| Top Talc Counsel | Kazan, McClain, Satterly & Greenwood PLC | John L. Langdoc, Michael T. Stewart, Henry A. Steinberg, Anderson Lam, Joseph D. Satterley | jlangdoc@kazanlaw.com; mstewart@kazanlaw.com; hsteinberg@kazanlaw.com; alam@kazanlaw.com; jsatterley@kazanlaw.com |
| Proposed Co-Counsel for the Debtor and Debtor in Possession | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Proposed Co-Counsel for the Debtor and Debtor in Possession | Latham & Watkins LLP | Ray C. Schrock, George A. Davis, Jamie L. Wine, Anupama Yerramalli | ray.schrock@lw.com; george.davis@lw.com; jamie.wine@lw.com; anu.yerramalli@lw.com |

Vanderbilt Minerals, LLC,
Case No. 26-60110 (WAK)

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top Talc Counsel | Law Offices of Michael P. Joyce | Rafael J. Colmenares, Michael P. Joyce | rcolmenares@mpjoycelaw.com; mpjoyce@mpjoycelaw.com |
| Counsel to R.T. Vanderbilt; Holding Company, Inc. | Lemery Greisler LLC | Paul A. Levine | plevine@lemerygreisler.com |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | Chris McKean, David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | damell@mrhfmlaw.com; drancilio@mrhfmlaw.com; gvincent@mrhfmlaw.com; dbesserman@mrhfmlaw.com; nmudd@mrhfmlaw.com; PNWService@mrhfmlaw.com; nfalda@mrhfmlaw.com; cmckean@mrhfmlaw.com |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | damell@mrhfmlaw.com; drancilio@mrhfmlaw.com; gvincent@mrhfmlaw.com; dbesserman@mrhfmlaw.com; nmudd@mrhfmlaw.com; PNWService@mrhfmlaw.com; nfalda@mrhfmlaw.com |
| Counsel to the Proposed DIP Lenders and Proposed DIP Agent; Counsel to Commodore Materials Funding, LLC and Commodore Materials, LLC | McDonald Hopkins LLC | David Agay, Joshua Gadharf, Benjamin W. Bejster, Suyung Song, Micah E. Marcus | dagay@mcdonaldhopkins.com; jgadharf@mcdonaldhopkins.com; bbejster@mcdonaldhopkins.com; ssong@mcdonaldhopkins.com; mmarcus@mcdonaldhopkins.com |
| Counsel to Commodore Materials Funding, LLC and Commodore Materials, LLC | McDonald Hopkins LLC | Joshua Gadharf | jgadharf@mcdonaldhopkins.com |
| Top Talc Counsel | Meirowitz & Wasserberg, LLP | Daniel Wasserberg, Justine Delaney, Aleksandra Sikorska | dw@mwinjurylaw.com; jdelaney@mwinjurylaw.com; aleksandra@mwinjurylaw.com |
| Counsel to London Market Insurers | Mendes & Mount LLP | Jaimie Ginzberg | jaimie.ginzberg@mendes.com |
| Counsel to Riverspan Partners LP | Milbank LLP | Evan Fleck, Lauren Doyle | Efleck@milbank.com; Ldoyle@milbank.com |
| Attorney General NV | Nevada Attorney General | Attn Bankruptcy Department | nvagbk@ag.nv.gov |
| Governmental Agency | Nevada Secretary of State | Attn: Corporate Bankruptcy Dept. | sosmail@sos.nv.gov |
| Attorney General NY | New York Attorney General | Attn Bankruptcy Department | letitia.james@ag.ny.gov |
| Governmental Agency | New York State Secretary of State | Attn: Corporate Bankruptcy Dept. | info@dos.ny.gov |
| Attorney General NC | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| Governmental Agency | North Carolina Secretary of State | Attn: Corporate Bankruptcy Dept. | corpinfo@sosnc.gov |
| Governmental Agency | NYS Department of Environmental Conservation | Office of General Counsel | public@dec.ny.gov |
| US Trustee for Northern District of NY | Office of the United States Trustee Northern District of New York | Erin Champion | erin.champion@usdoj.gov |
| Top Talc Counsel | Onderlaw, LLC | John F. Theil | asbestos@onderlaw.com |
| Counsel to Creditor Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Cameron Wade, Daniel Robertson | wade.cameron@pbgc.gov; efile@pbgc.gov; robertson.daniel@pbgc.gov |
| Counsel to Century Indemnity Company and Pacific Employers Insurance Company | Plevin & Turner LLP | Jacob C. Cohn | jcohn@plevinturner.com |
| Counsel to Century Indemnity Company and Pacific Employers Insurance Company | Plevin & Turner LLP | Mark D. Plevin | mplevin@plevinturner.com |
| Counsel to Century Indemnity Company and Pacific Employers Insurance Company | Plevin & Turner LLP | Miranda H. Turner | mturner@plevinturner.com |
| Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, and; Twin City Fire Insurance Company | Ruggeri Parks Weinberg LLP | Joshua D. Weinberg, Alexander E. Schmidt, Joshua P. Mayer | jweinberg@ruggerilaw.com; aschmidt@ruggerilaw.com; jmayer@ruggerilaw.com |
| Top Talc Counsel | Shrader & Associates, LLP | Ross D. Stomel, Allyson M. Romani | ross@shraderlaw.com; allyson@shraderlaw.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top Talc Counsel | Simmons Hanly Conroy LLC | Deborah R. Rosenthal, Crystal G. Foley, Christine A. Renken, Juan P. Bauta, II, John B. Wetmore | drosenthal@simmonsfirm.com; cfoley@simmonsfirm.com; crenken@simmonsfirm.com; jbauta@simmonsfirm.com |
| Counsel to Certain Insurers | Skarzynski Marick & Black LLP | Ashley I. Storey | astorey@skarzynski.com |
| Counsel to Certain Insurers | Skarzynski Marick & Black LLP | Nathan W. Reinhardt, Russell W. Roten | nreinhardt@skarzynski.com; rroten@skarzynski.com |
| Attorney General SC | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| Top Talc Counsel / Committee Member | SWMW Law, LLC | Stephanie L. Gold, Lauren Williams | asbestos@swmwlaw.com; lauren@swmwlaw.com |
| Top Talc Counsel / Committee Member | The Gori Law Firm PC | Christopher Guinn, Sara M. Salger, Erin L. Beavers, Jason J. Steinmeyer, Ivan D. Cason, Jason M. Hodrinsky | asbestoslitigation@gorilaw.com; cguinn@gorilaw.com |
| Top Talc Counsel / Committee Member | The Gori Law Firm PC | Sara M. Salger, Erin L. Beavers, Jason J. Steinmeyer, Ivan D. Cason, Jason M. Hodrinsky | asbestoslitigation@gorilaw.com |
| Top Talc Counsel | The Halpern Law Firm, LLC | David B. Halpern | dave@thehalpernlawfirm.com |
| Top Talc Counsel | Thornton Law Firm | Andrew Wainwright, Andrea Landry | awainwright@tenlaw.com; alandry@tenlaw.com |
| Counsel for Environmental Protection Agency and Department of Interior | US Attorney for Northern District of New York | Adam R.F. Gustafson, Matthew Indrisano | matthew.indrisano@usdoj.gov |
| Counsel to Jungbunzlauer Inc. | Verrill Dana LLP | Lindsay Z. Milne, Nathaniel R. Hull | lmilne@verrill-law.com; nhull@verrill-law.com |
| Counsel to R.T. Vanderbilt; Holding Company, Inc. | Vinson & Elkins LLP | George R. Howard, Lauren R. Kanzer, Christian M. Cattan | ghoward@velaw.com; lkanzer@velaw.com; ccattan@velaw.com |
| Counsel to R.T. Vanderbilt; Holding Company, Inc. | Vinson & Elkins LLP | Matthew J. Pyeatt | mpyeatt@velaw.com |
| Top Talc Counsel / Committee Member | Weitz & Luxenberg, PC | Benno Ashrafi, Brandon DuPree, Michelle C. Murtha, Adam Dreksler | bashrafi@weitzlux.com; bdupree@weitzlux.com; ADreksler@weitzlux.com |
| Counsel to First Citizens Bank & Trust Company | Weltman, Weinberg & Reis Co., LPA | Garry Masterson | bronationalecf@weltman.com |
| Counsel to Paul Vanderbilt | White & Case LLP | Samuel P. Hershey, Thomas E. MacWright | sam.hershey@whitecase.com; tmacwright@whitecase.com |

Vanderbilt Minerals, LLC,
Case No. 26-60110 (WAK)

# EXHIBIT B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Governmental Agency | Arizona Department of Environmental Quality | | 1110 W. Washington Street | | Phoenix | AZ | 85007 |
| Governmental Agency | Arizona Office of the Secretary of State | Attn: Corporate Bankruptcy Dept. | 1700 W. Washington Street, Fl. 7 | | Phoenix | AZ | 85007-2808 |
| Top Talc Counsel / Committee Member | Belluck Law, LLP | Seth Dymond, Joseph W. Belluck | 546 Fifth Ave. 5th Floor | | New York | NY | 10036 |
| Committee Member | Bevan & Associates L.P.A., Inc. | | 6555 Dean Memorial Parkway | Bevan Professional Building | Boston Heights | OH | 44236 |
| Attorney General CA | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| Governmental Agency | California Department of Toxic Substances Control | | 1001 I Street | | Sacramento | CA | 95814-2828 |
| Governmental Agency | California Secretary of State | Attn: Corporate Bankruptcy Dept. | 1500 11th Street | | Sacramento | CA | 95814 |
| Governmental Agency | California State Parks | Attn: Legal Office | P.O. Box 942896 | | Sacramento | CA | 94296-0001 |
| Governmental Agency | California State Water Resources Control Board | c/o Office of the Attorney General | 455 Golden Gate Avenue | Suite 11000 | San Francisco | CA | 94102-7004 |
| Special Counsel to Official Committee of Unsecured Creditors | Cohen Ziffer Frenchman & Mckenna LLP | Robin L. Cohen, Kenneth H. Frenchman, Nicholas R. Maxwell | 1325 Avenue of the Americas | | New York | NY | 10019 |
| Attorney General CT | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Top Talc Counsel | Cooney & Conway | David Barrett | 120 North Lasalle Street | | Chicago | IL | 60602 |
| Top Talc Counsel | Dalton & Associates, P.A. | Bartholomew J. Dalton, Ipek Kurul, Andrew C. Dalton, Michael C. Dalton | 1106 West Tenth Street | | Wilmington | DE | 19806 |
| Top Talc Counsel / Committee Member | Early, Lucarelli, Sweeney & Meisenkothen | Ethan Early, Kyle Navin, Jessica Liberati | 265 Church Street, 11th Floor | One Century Tower | New Haven | CT | 06510 |
| Top Talc Counsel / Committee Member | Early, Lucarelli, Sweeney & Meisenkothen | Ethan Early, Kyle Navin, Jessica Liberati | 122 E 42Nd St #4700 | | New York | NY | 10168 |
| Governmental Agency | Federal Communications Commission | | 445 12th Street, SW | | Washington | DC | 20554 |
| Top Talc Counsel | Flint Cooper LLC | Shane E. Schmidt, Jonathan F. Armour, Ethan A. Flint | 222 East Park Street | Suite 500 | Edwardsville | IL | 62025 |
| Top Talc Counsel | Goldberg, Persky & White, P.C. | Leif J. Ocheltree, Cori J. Kapusta, Holly L. Deihl, David P. Chervenick | 11 Stanwix Street | | Pittsburg | PA | 15222 |
| Top Talc Counsel | Goldberg, Persky & White, P.C. | Leif J. Ocheltree, Cori J. Kapusta, Holly L. Deihl, David P. Chervenick | 30 Chase Drive | | Hurricane | WV | 25526 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Top Talc Counsel | Kazan, McClain, Satterly & Greenwood PLC | John L. Langdoc, Michael T. Stewart, Henry A. Steinberg, Anderson Lam, Joseph D. Satterley | 55 Harrison Street, Suite 400 | | Oakland | CA | 94607 |
| Governmental Agency | Kentucky Department of Environmental Protection | Division of Waste Management | 300 Sower Boulevard | | Frankfort | KY | 40601 |

Vanderbilt Minerals, LLC,
Case No. 26-60110 (WAK)

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Governmental Agency | Kern County Public Works Department | Permits Division | 2700 M Street, Suite 400 | | Bakersfield | CA | 93301-2369 |
| Top Talc Counsel | Law Offices of Michael P. Joyce | Rafael J. Colmenares, Michael P. Joyce | 50 Congress Street, Suite 840 | | Boston | MA | 02109 |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | Chris McKean, David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | 1015 Locust Street, Suite 1200 | | Saint Louis | MO | 63101 |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | 70 Washington Street, Suite 200 | | Oakland | CA | 94607 |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | 777 S Harbour Island Blvd, Ste 310 | | Tampa | FL | 33602 |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | 2 Club Centre Ct. | | Edwardsville | IL | 62025 |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | 150 West 30th Street, Ste. 201 | | New York | NY | 10001 |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | 80 SE Madison Street, Suite 310 | | Portland | OR | 97214 |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | 325-41 Chestnut St | | Philadelphia | PA | 19106 |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | P.O. Box 2492 | | Mount Pleasant | SC | 29465 |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | 1900 Powell Street, Suite 200 | | Emeryville | CA | 94608 |
| Top Talc Counsel / Committee Member | Maune Raichle Hartley French & Mudd, LLC | David L. Amell, David L. Rancilio, Garvey C. Vincent, Dawn Besserman, Nate Mudd, Kendra J. Summers, Meredith B. Good, Nathaniel Falds | 101 SW Main Street, Suite 1820 | | Portland | OR | 97214 |
| Top Talc Counsel | Meirowitz & Wasserberg, LLP | Daniel Wasserberg, Justine Delaney, Aleksandra Sikorska | 1040 6th Avenue, 7th Floor | | New York | NY | 10018 |
| Attorney General NV | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | Carson City | NV | 89701 |
| Governmental Agency | Nevada Department of Conservation & Natural Resources | | 901 S. Stewart Street | Suite 1003 | Carson City | NV | 89701 |
| Governmental Agency | Nevada Department of Public Safety | | 555 Wright Way | | Carson City | NV | 89701 |
| Governmental Agency | Nevada Secretary of State | Attn: Corporate Bankruptcy Dept. | 101 North Carso Street, Suite 3 | Nevada State Capitol Building | Carson City | NV | 89701 |
| Attorney General NY | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | Albany | NY | 12224-0341 |
| Governmental Agency | New York State Secretary of State | Attn: Corporate Bankruptcy Dept. | One Commerce Plaza | 99 Washington Avenue | Albany | NY | 12231-0001 |
| Attorney General NC | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Governmental Agency | North Carolina Department of Environmental Quality | Attn: Office of General Counsel | 512 N. Salisbury Street | | Raleigh | NC | 27604 |
| Governmental Agency | North Carolina Department of Labor | Budget and Mgmt Div | 1101 Mail Service Center | | Raleigh | NC | 27699-1101 |
| Governmental Agency | North Carolina Department of Labor | | 4 West Edenton Street | | Raleigh | NC | 27601 |
| Governmental Agency | North Carolina Secretary of State | Attn: Corporate Bankruptcy Dept. | P.O. Box 29622 | | Raleigh | NC | 27626-0622 |
| Governmental Agency | NYS Department of Environmental Conservation | Office of General Counsel | 625 Broadway | | Albany | NY | 12233 |
| Governmental Agency | NYS Department of Taxation & Finance | Attn: Bankruptcy Unit | P.O. Box 5300 | | Albany | NY | 12205 |
| US Trustee for Northern District of NY | Office of the United States Trustee Northern District of New York | Erin Champion | 100 State Street | Room 4230 | Rochester | NY | 14614 |
| Top Talc Counsel | Onderlaw, LLC | John F. Theil | 110 E Lockwood Ave | | Saint Louis | MO | 63119 |
| Top Talc Counsel | Serling & Abramson | Eric B. Abramson | 280 North Old Woodward Ave | | Birmingham | MI | 48009 |
| Top Talc Counsel | Shrader & Associates, LLP | Ross D. Stomel, Allyson M. Romani | 9 Greenway Plaza, Suite 2300 | | Houston | TX | 77046 |
| Top Talc Counsel | Shrader & Associates, LLP | Ross D. Stomel, Allyson M. Romani | 3 Professional Park Dr., Suite A | | Maryville | IL | 62062 |
| Top Talc Counsel | Simmons Hanly Conroy LLC | Deborah R. Rosenthal, Crystal G. Foley, Christine A. Renken, Juan P. Bauta, II, John B. Wetmore | 100 N. Pacific Coast Highway | | El Segundo | CA | 90245 |

Vanderbilt Minerals, LLC,
Case No. 26-60110 (WAK)

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Top Talc Counsel | Simmons Hanly Conroy LLC | Deborah R. Rosenthal, Crystal G. Foley, Christine A. Renken, Juan P. Bauta, II, John B. Wetmore | One Court Street | | Alton | IL | 62002 |
| Top Talc Counsel | Simmons Hanly Conroy LLC | Deborah R. Rosenthal, Crystal G. Foley, Christine A. Renken, Juan P. Bauta, II, John B. Wetmore | 255 Alhambra Circle, Suite 320 | | Coral Gables | FL | 33134 |
| Top Talc Counsel | Simmons Hanly Conroy LLC | Deborah R. Rosenthal, Crystal G. Foley, Christine A. Renken, Juan P. Bauta, II, John B. Wetmore | 112 Madison Ave 7Th Floor | | New York | NY | 10016 |
| Top Talc Counsel | Simmons Hanly Conroy LLC | Deborah R. Rosenthal, Crystal G. Foley, Christine A. Renken, Juan P. Bauta, II, John B. Wetmore | 455 Market Street, Suite 1270 | | San Francisco | CA | 94105 |
| Top Talc Counsel | Simon Greenstone Panatier, PC | Holly C. Peterson, Brendan J. Tully | 301 East Ocean Blvd | | Long Beach | CA | 90802 |
| Top Talc Counsel | Simon Greenstone Panatier, PC | Holly C. Peterson, Brendan J. Tully | 1201 Elm St | | Dallas | TX | 75270 |
| Top Talc Counsel | Simon Greenstone Panatier, PC | Holly C. Peterson, Brendan J. Tully | 750 Third Avenue, Suite 976 | | New York | NY | 10017 |
| Top Talc Counsel | Simon Greenstone Panatier, PC | Holly C. Peterson, Brendan J. Tully | 420 Lexington Avenue, Suite 2848 | | New York | NY | 10170 |
| Attorney General SC | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211 |
| Attorney General SC | South Carolina Attorney General | Rembert Dennis Building | 1000 Assembly Street, Room 519 | | Columbia | SC | 29201 |
| Governmental Agency | South Carolina Department of Health & Environmental Control | | 2600 Bull Street | | Columbia | SC | 29201 |
| Governmental Agency | South Carolina Secretary of State | Attn: Corporate Bankruptcy Dept. | 1205 Pendleton Street, Suite 525 | | Columbia | SC | 29201 |
| Governmental Agency | State of California Department of Parks and Recreation | | 1416 Ninth Street | | Sacramento | CA | 95814 |
| Governmental Agency | State of California Department of Parks and Recreation | | 715 P St | | Sacramento | CA | 95814 |
| Top Talc Counsel / Committee Member | SWMW Law, LLC | Stephanie L. Gold, Lauren Williams | 701 Market St #1000 | | St. Louis | MO | 63101 |
| Top Talc Counsel / Committee Member | The Gori Law Firm PC | Christopher Guinn, Sara M. Salger, Erin L. Beavers, Jason J. Steinmeyer, Ivan D. Cason, Jason M. Hodrinsky | 156 N. Main Street | | Edwardsville | IL | 62025 |
| Top Talc Counsel / Committee Member | The Gori Law Firm PC | Sara M. Salger, Erin L. Beavers, Jason J. Steinmeyer, Ivan D. Cason, Jason M. Hodrinsky | 360 Lexington Ave F20 | | New York | NY | 10017 |
| Top Talc Counsel / Committee Member | The Gori Law Firm PC | Sara M. Salger, Erin L. Beavers, Jason J. Steinmeyer, Ivan D. Cason, Jason M. Hodrinsky | 122 East 42nd Street, Suite 4700 | | New York | NY | 10168 |
| Top Talc Counsel | The Halpern Law Firm, LLC | David B. Halpern | 610 Old Lancaster Avenue | Suite 100 | Bryn Mawr | PA | 19010 |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Top Talc Counsel | Thornton Law Firm | Andrew Wainwright, Andrea Landry | One Lincoln St | | Boston | MA | 02110 |
| Top Talc Counsel | Thornton Law Firm | Andrew Wainwright, Andrea Landry | 84 State Street, 4th Floor | | Boston | MA | 02109 |
| Governmental Agency | U.S. Department of Energy | | 1000 Independence Avenue, SW | | Washington | DC | 20585 |
| Governmental Agency | U.S. Department of Justice, Bureau of ATF | | 99 New York Avenue, NE | | Washington | DC | 20226 |
| Governmental Agency | U.S. Environmental Protection Agency | Main Regional Office | 290 Broadway | | Albany | NY | 10007-1866 |
| US Attorney for Northern District of NY | US Attorney for Northern District of New York | US Attorneys Office | 100 South Clinton Street, Room 900 | P.O. Box 7198 | Syracuse | NY | 13261-7198 |
| Counsel to R.T. Vanderbilt; Holding Company, Inc. | Vinson & Elkins LLP | George R. Howard, Lauren R. Kanzer, Christian M. Cattan | 1114 Avenue of the Americas | 32nd Floor | New York | NY | 10036 |
| Counsel to R.T. Vanderbilt; Holding Company, Inc. | Vinson & Elkins LLP | Matthew J. Pyeatt | 2001 Ross Avenue | Suite 3900 | Dallas | TX | 75201 |
| Top Talc Counsel / Committee Member | Weitz & Luxenberg, PC | Benno Ashrafi, Brandon DuPree, Michelle C. Murtha, Adam Dreksler | 1800 Century Park East Ste 700 | | Los Angeles | CA | 90067 |
| Top Talc Counsel / Committee Member | Weitz & Luxenberg, PC | Benno Ashrafi, Brandon DuPree, Michelle C. Murtha, Adam Dreksler | 700 Broadway | | New York | NY | 10003 |
| Top Talc Counsel / Committee Member | Weitz & Luxenberg, PC | Benno Ashrafi, Brandon DuPree, Michelle C. Murtha, Adam Dreksler | 200 Lake Drive East Suite 205 | | Cherry Hill | NJ | 08002 |

Vanderbilt Minerals, LLC,
Case No. 26-60110 (WAK)

# EXHIBIT C

**Exhibit C**
**Supplemental Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| Katten Muchin Rosenman LLP | Robert Smith | robert.smith1@katten.com |
| Maune Raichle Hartley French & Mudd, LLC | Clay Thompson | cthompson@mrhfmlaw.com |
| Maune Raichle Hartley French & Mudd, LLC | Suzanne M. Ratcliffe | SRatcliffe@mrhfmlaw.com |
| Office of the United States Trustee Northern District of New York | Paula Barbaruolo (USTP) | paula.barbaruolo@usdoj.gov |
| Vinson & Elkins LLP | Emalee LaFuze | elafuze@velaw.com |

Vanderbilt Minerals, LLC,
Case No. 26-60110 (WAK)                     Page 1 of 1